| | |
|---|---|
| 1 | STEVEN W. PITE (CA SBN 157537) |
| 2 | DAVID E. McALLISTER (CA SBN 185831) |
| | CASPER J. RANKIN (CA SBN 249196) |
| 3 | PITE DUNCAN, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 4 | San Diego, CA 92117 |
| | Telephone: (619) 590-1300 |
| 5 | Facsimile: (619) 590-1385 |

Attorneys for WASHINGTON MUTUAL BANK, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL JAMES HEDRICK,<br><br>Debtor(s). | Case No. 08-43186-LJT<br><br>Chapter 13<br><br>WASHINGTON MUTUAL BANK, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Washington Mutual Bank, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1    PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
2 Mailing List in this case, the following address be used:

3
Casper J. Rankin
PITE DUNCAN, LLP
4
4375 Jutland Drive
Suite 200
5
San Diego, CA 92117

6    Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
7 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of
8 the within party's:

9    a.    Right to have any and all final orders in any and all non-core matters entered only
10 after de novo review by a United States District Court Judge;

11    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein,
12 whether or not the same be designated legal or private rights, or in any case, controversy or
13 proceeding related hereto, notwithstanding the designation or not of such matters as "core
14 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
15 statute or the United States Constitution;

16    c.    Right to have the reference of this matter withdrawn by the United States District
17 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

18    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which
19 this party is entitled under any agreements at law or in equity or under the United States Constitution.
20
21    All of the above rights are expressly reserved and preserved by this party without exception
22 and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other
23 participation in these matters.

24 Dated: September 26, 2008        PITE DUNCAN, LLP
25
                                    /s/ CASPER J. RANKIN CA SBN 249196
26                                  Attorneys for WASHINGTON MUTUAL BANK, AS
                                    SERVICING AGENT FOR DEUTSCHE BANK
27                                  NATIONAL TRUST COMPANY, AS TRUSTEE
                                    FOR LONG BEACH MORTGAGE LOAN TRUST
28                                  2006, its successors and/or assigns