1  Mark T. Domeyer, Esq.
   CA Bar No. 135008
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1665 Scenic Avenue, Suite 200
3  Costa Mesa, CA  92626
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 09-06550

5  Attorneys for Secured Creditor,
   COUNTRYWIDE HOME LOANS, INC.

6

                    **UNITED STATES BANKRUPTCY COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
8

   In re:                                    BK No.: 08-43186 LT
9

   MICHAEL JAMES HEDRICK,                    Chapter 13
10

                    Debtor.                  **REQUEST FOR SPECIAL NOTICE**
11

   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all

15 notices given in this case and all papers served or required to be served in this case (including,

16 but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17 Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18 address and telephone number.

19        Mark T. Domeyer, Esq.
          MILES, BAUER, BERGSTROM & WINTERS, LLP
20        1665 Scenic Avenue, Suite 200
          Costa Mesa, CA  92626
21        PH (714) 481-9100

22                                     MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated: 07/29/09                 By:    /s/ Mark T. Domeyer
                                          Mark T. Domeyer, Esq.
24                                        Attorney for Secured Creditor
   (09-06550/ndrfsn.dot/rma)

                                          1