```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           (OAKLAND DIVISION)
```

| In re: | Case No.: 08-43186 |
|---|---|
| MICHAEL JAMES HEDRICK | Chapter: 13 |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, Pending Charge Off, please review the log of the previous investor code to locate the previous beneficiary information.; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

        Pending Charge Off, please review the log of the previous investor code to locate the previous beneficiary information.

        Litton Loan Servicing, L.P.
        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia 30076

Dated: June 24, 2010

                      Respectfully Submitted

                      /s/ Debbie Conley

                Debbie Conley, Esquire
                c/o McCALLA RAYMER, LLC
                1544 Old Alabama Road,
                Roswell, GA 30076
                Phone : 678.281.3938
                Email : DC3@mccallaraymer.com
                Attorney Bar No : 181171

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                         (OAKLAND DIVISION)
```

| | |
|---|---|
| In re: | Case No.: 08-43186 |
| | Chapter: 13 |
| MICHAEL JAMES HEDRICK | |
| | CERTIFICATE OF SERVICE OF |
| | REQUEST FOR SPECIAL NOTICE |
| Debtor. | |

                    CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 24th day of June, 2010.

Debtor's Attorney

Patrick L. Forte , Esq.
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Chapter 13 Trustee

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
1301 CLAY STREET, SUITE 690N
OAKLAND, CALIFORNIA 94612-5217


                                    /s/ Debbie Conley

                            Debbie Conley, Esquire
                            c/o McCALLA RAYMER, LLC
                            1544 Old Alabama Road,
                            Roswell, GA 30076
                            Phone : 678.281.3938
                            Email : DC3@mccallaraymer.com
                            Attorney Bar No : 181171