```
YPATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                              Case No. 08-43186 RLE

**MICHAEL JAMES HEDRICK,**              Chapter 13

           **Debtor.**          MOTION TO MODIFY CHAPTER 13 PLAN

_____/

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

In October 2011, debtor will pay a single payment of $2,800.00 to the Trustee. The Trustee shall pay the remaining balance of the secured automobile claim of MB Financial Bank and the plan shall be deemed completed. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor became disabled in December 2010 and his income consists of monthly disability benefits of $3,948.

Dated: October 3, 2011

                                          /s/ Anne Y. Shiau
                                          Anne Y. Shiau
                                          Attorney for Debtor